Steven L. WILLIAMS, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 104930

Missouri Court of Appeals,
Eastern District,
DIVISION THREE.

Filed: October 24, 2017

FOR APPELLANT: Kevin B. Gau, Missouri State Public Defender, 1010 Market St., Ste. 1100, St. Louis, MO 63101.

FOR RESPONDENT: Joshua D. Hawley, Attorney General, Shaun J. Mackelprang, Asst. Atty. Gen., P.O. Box 899, Jefferson City, MO 65102.

Before Gary M. Gaertner, Jr., P.J., Robert M. Clayton III, J., Angela T. Quigless, J.

ORDER

PER CURIAM.

Steven L. Williams appeals the judgment denying his Rule 29.15 motion for post-conviction relief following an evidentiary hearing. We find that the motion court's findings of fact and conclusions of law are not clearly erroneous.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the motion court is affirmed under Rule 84.16(b).